# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERNO TRUJILLO CRUZ,<br><br>    Plaintiff,<br><br>    v.<br><br>E. WHITE,<br><br>    Defendant. | No. 2:19-CV-1304-KJM-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion to compel discovery (ECF No. 4).

In his motion, plaintiff asks the Clerk of the Court to compel discovery. This request will be denied for two reasons. First, the Clerk of the Court cannot compel discovery. Second, discovery is premature because the court has not yet determined the complaint is appropriate for service.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to compel (ECF NO. 4) is denied.

Dated: August 22, 2019

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1