# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERNO TRUJILLO CRUZ, | No. 2:19-CV-1304-KJM-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| E. WHITE, | |
| Defendant. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. On the court's own motion, the order issued on August 14, 2019 (ECF No. 8), granting plaintiff's application for leave to proceed in forma pauperis is vacated as having been issued in error. Plaintiff's application for leave to proceed in forma pauperis (ECF No. 7) will be addressed by separate findings and recommendations. The Clerk of the Court is directed to serve a copy of this order on the Financial Department of the court as well as the California Department of Corrections and Rehabilitation at 1515 S. Street, Sacramento, CA 95814.

IT IS SO ORDERED.

Dated: August 22, 2019

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1